**FILED**

05/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0205



## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0205

LSF 8 MASTER PARTICIPATION
TRUST,

      Plaintiff and Appellees,

    v.

PAMELA J. STOKES AND JOHN
STOKES,

      Defendants and Appellants.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Douglas J. Wold, P.O. Box 400, Polson, MT 59860, doug@woldlawfirm.com,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this May 25, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Pamela Jeanne Stokes, John Patrick Stokes, 12887 Raven Way, Big Fork,
      MT 59911, (406)837-2283
      Jason James Henderson, 38 Second Street East, Suite B, Dickinson, ND 58601,
      (701)495-0014, jason@hwmlawfirm.com
      Douglas J. Wold, address listed above